### O. K. KRAUSE & CO. V. M. MARX ET AL.

### NO. 53.

**Case Distinguished.**—This case distinguished from Otto Heinze & Co. v.
M. Marx et al., 4 Texas Civil Appeals, 599.


APPEAL from Bowie.   Tried below before Hon. JOHN L. SHEPPARD.

By agreement the briefs of the case of Otto Heinze & Co. v. M. Marx
et al., supra, were filed in this cause.   For briefs and facts additional to
those stated below, see that case.

*Henry & Henry*, and *Crawford & Crawford*, for appellants.

*Todd & Hudgins*, for appellees.

FINLEY, ASSOCIATE JUSTICE.—This is a companion case with the Otto
Heinze & Co. and Manhattan Cloak and Suit Company cases, this day
decided.

There is but one material difference in the facts of this case from the
others named; but that difference is of such gravity as demands a differ-
ent disposition of the case.   In this case appellants brought suit in Lamar
County on their entire account against Munzesheimer & Klein, except
$180 worth of goods, which were stopped in transitu, without either giv-
ing credit or deducting the items of goods taken back in the claim suit,

and recovered judgment for the full amount sued for. This judgment had been fully satisfied at the time of the trial of this cause, and thereby appellants' right to the property in question had been released and extinguished.

The judgment of the lower court should be affirmed, and it is so ordered.

*Affirmed.*

Delivered October 25, 1893.

This case did not reach the Reporter with the other October cases.